**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Tessarah Ficklin and James Ficklin, Defendants,

Of whom James Ficklin is the Appellant

and

Tessarah Ficklin is a Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-000801

Appeal From Greenwood County
Joseph C. Smithdeal, Family Court Judge

Unpublished Opinion No. 2023-UP-212
Submitted May 18, 2023 – Filed May 24, 2023

**AFFIRMED**

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Vanessa Cason, of Vanessa Cason, Attorney At Law, of Greenville, for Respondent Tessarah Ficklin.

Carson McCurry Henderson, of The Henderson Law Firm, PC, of Greenwood, for the Guardian ad Litem.

―――――――――

**PER CURIAM:**  James Ficklin appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Ficklin's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and VINSON and VERDIN, JJ., concur.**

―――――――――

[1] We decide this case without argument pursuant to Rule 215, SCACR.